# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| A13 | 9176282 | McHugh, C. | 1081 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 1042 hrs 12/30/2019 | 38 CFR 1.218(a)(5) |

**Place of Offense**
500 N. Hwy 89, Prescott Valley, AZ 86313
Bldg. 160, Rm. 115

**Offense Description: Factual Basis for Charge** ☐ HAZMAT
Disorderly Conduct

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Allen | David | C. |

Street Address:

| City | State | Zip Code |
|---|---|---|
| Lake Havasu | AZ | 86403 |

| D.L. State | Social Security No | Date of Birth |
|---|---|---|
| AZ | | 4/1982 |

☑ Adult ☐ Juvenile   Sex ☑ Male ☐ Female

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BRO | BRO | 5'11" | 165 |

**VEHICLE**  VIN:
Tag No: 9573    State:    Year:    Make/Model:    PASS ☐   Color: CMV ☐

## APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☐ If Box A is checked, you must appear in court. See instructions.

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250   Forfeiture Amount
+ $30   Processing Fee
$ 280   Total Collateral Due

**PAY THIS AMOUNT AT**
www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:    Date: TBD    Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Refused to Sign

Original - CVB Copy

*9176282*

---

'19-04371 MJ-001-PCT-CDB

289000-0521b102 #2 I

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A13 | 9176283 | McHugh, C. | 1081 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 1530 hrs 12/30/2019
**Offense Charged** ☒ CFR ☐ USC ☐ State Code: 38 CFR 1.218(a)(5)
**Place of Offense:** 500 N. Hwy 89, Prescott, AZ 86313 Bldg. 160, Rm. 115
**Offense Description Factual Basis for Charge:** HAZMAT
Disorderly Conduct

### DEFENDANT INFORMATION
Phone ( )

| Last Name | First Name | MI |
|---|---|---|
| Allen | David | C |

**Street Address:**

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Lake Havasu | AZ | 86403 | 1982 |

**Drivers License No.:** CDL ☐  **D L. State:** AZ  **Social Security No.:** ~9573

☒ Adult ☐ Juvenile  Sex ☒ Male ☐ Female  **Hair:** BRO  **Eyes:** BRO  **Height:** 5'11"  **Weight:** 165

### VEHICLE  VIN:  CMV ☐
| Tag No | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See Instructions

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov →
$ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**   **Date:** TBD   **Time:**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due

X Defendant Signature  *in handcuffs*

Original - CVB Copy

*9176283*

# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No |
|---|---|---|---|
| AB | 9176284 | McHugh, C. | 1081 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 1533 hrs. 12/30/2019 | 18 USC 111(a) |

Place of Offense
500 N. Hwy 89, Prescott, AZ 86313
Bldg. 160, Rm. 115

Offense Description. Factual Basis for Charge — HAZMAT
Class A Misdemeanor
Forcibly resists, assaults VA Police

### DEFENDANT INFORMATION  Phone: (   )

| Last Name | First Name | M.I. |
|---|---|---|
| Allen | David | C |

Street Address:

| City | State | Zip Code | Date of Birth |
|---|---|---|---|
| Lake Havasu | AZ | 86403 | /1982 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| — — — | | AZ | 573 |

☒ Adult ☐ Juvenile | Sex ☒ Male ☐ Female | Hair BRO | Eyes BRO | Height 5'11" | Weight 165

**VEHICLE** VIN:                                                                       CMV
| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☒ If Box A is checked, you must appear in court. See Instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT www.cvb.uscourts.gov →**   $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date TBD |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature    in Hand Cuffs

Original - CVB Copy

*9176284*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

| Location | A13 | Complaint # | 9176282, 9176283, 9176284 |
|---|---|---|---|

I, Cristopher McHugh, Badge# 1081 state that on or about December 30th 2019, at or around 1042hours, in the District of Arizona, in Yavapai County, within the confines of the Bob Stump Veterans Administration, ("BSVA") Medical Center in Prescott, Arizona, the following occurred: I was dispatched to a panic alarm at building 160, Nurses' station. When I arrived I saw several ED staff in the hallway outside room 115. On the floor between staff and the door to the room were several items from a food tray and a water cup. I could hear Patient David Allen (David, 9573) in a loud tone using words like, "Bitch", "Don't fucking stair at me".

After identifying myself to David I asked him what's going on. David related that the ED staff have not medicated him, and they have not gotten him any food. When I asked David about the items on the floor, he related he pushed the mobile table towards the door that contained the items on the ground. David used words like "Bitch" and "Fuck" towards staff that was treating him. I warned David for being disorderly and to stop using profanity. David then began trying to talk over me and calling me "Fat", "Fuck you", Shut the fuck up" and "Your fucking stupid".

After speaking towards CNA Alicia Calvert, who was the 1:1 sitter for David, she related she was not injured or hit by David. Alicia also related that David's actions and outburst took several staff away from treating their patients, also other patients looked out of their room's towards David's room. It is important to note that a 1:1 sitter is policy for patients that have suicidal thoughts.

I then spoke to RN Theresa Hannibal who was treating David. While speaking to Theresa near David's door because she was temporarily the 1:1 sitter, David continued to call her "Bitch" and yelling upsetting other patients. ED staff requested VA Police to provide a standby presence in the ED until David is transferred to another facility.

I cited David for 38 CFR 1.218 (a)(5), Disorderly conduct on USDCVN# 9176282 for using loud and boisterous noise which obstructed the normal operation of the ED. I explained the citation to David, who then refused to sign it. David stated the address on the citation is not good for him. I again explained to David how to check online for the status of his citation. I also informed David that he can come to the VA Police Department if he had any questions.

At approximately 1533hrs while on foot patrol of the ED David began to get upset with medical staff. Staff attempted to tell David that he would be transferred to the Las Vegas VAMC. Instantly David stated, "I'm not fucking going there". David asked to make a phone call, but staff said no because he got agitated after using it previously. At this point David got out of the hospital bed and attempted to exit his room. David stated "I'm leaving" but stopped at the doorway as Sgt. Aldridge stated he was not free to leave. David took a fighting stance towards Sgt. Aldridge and which time he turned slightly towards me and swung with a closed fist towards my body. David missed his punch at which time Sgt. Aldridge and I attempted to place David in handcuffs. David actively resisted our attempts to place him in handcuffs. Sgt. Aldridge and I were joined by other officers and were able to place David in handcuffs, checking for fit and double locking them. While David was still on the ground, he was not compliant with clear verbal commands. David related how he was going to come back to the VA and blow it up and shoot everyone. David made several more comments about coming back to the VA to kill everyone who's face he saw. David specifically related he was going to come back and kill Sgt. Aldridge and that no one could stop him.

David was then transported to Police Headquarters and placed in a holding cell. While in the holding cell he stated he had to urinate but prior to Officers removing him from the cell he urinated on the floor. Also, while in the holding cell he used his hands that were in a belly restraint and attempted to wrap a strap from the restraint seat around his neck then sit on the floor. Officers entered the holding cell and lifted David off the ground and removed the strap. David began to try to kick and spit at Officers. David was placed in leg shackles in addition to the belly cuffs then escorted to the patrol vehicle to be transported to jail.

The foregoing statement is based upon:

☒ my personal observation   ☒ my personal investigation   ☒ information supplied to me by my fellow officer's observation   ☐ other (explain)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: 12/30/2019      Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: 12/31/2019    Camille D Bibles
Date (mm/dd/yyyy)    U.S. Magistrate Judge